AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Eastern District of Michigan

PETER SHEFMAN )
*Plaintiff* )
v. ) Case No. 2:18-cv-11477
AMERICAN AIRLINES )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Shefman, Plaintiff

Date: 06/18/2018

*Attorney's signature*

Danielle Cadoret P77162
*Printed name and bar number*

400 Monroe Ave., Ste 290
Detroit, MI 48226
*Address*

DCadoret11@gmail.com
*E-mail address*

(734) 925-6655
*Telephone number*

(734) 808-0078
*FAX number*