UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER SHEFMAN,

    Plaintiff,

vs.

Case No. 2:18-cv-11477
Honorable David M. Lawson
Magistrate Anthony P. Patti

AMERICAN AIRLINES, INC.,

    Defendant.

---

| | |
|---|---|
| Danielle Cadoret (P77162)<br>*Attorney for Plaintiff*<br>400 Monroe Avenue, Suite 290<br>Detroit, Michigan  48226<br>(734) 925-6655<br>(734) 808-0078 (Fax)<br>DCadoret11@gmail.com | JAFFE RAITT HEUER & WEISS, PC<br>Scott R. Torpey (P36179)<br>Justin M. Schmidt (P78125)<br>Timothy J. O'Connell (P79737)<br>*Attorneys for Defendant*<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>(248) 351-3000<br>(248) 351-3082 (Fax)<br>storpey@jaffelaw.com<br>jschmidt@jaffelaw.com<br>toconnell@jaffelaw.com |

---

**DEFENDANT AMERICAN AIR LINES, INC.'S
NOTICE OF WITHDRAWAL
OF THE MOTION TO DISMISS PLAINTIFF'S NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS CLAIM
<u>AND PUNITIVE DAMAGES REQUEST</u>**

    NOW COMES Defendant American Airlines, Inc., by and through its

attorneys, Jaffe, Raitt, Heuer, & Weiss, and files this Notice of Withdrawal of the

Motion to Dismiss Plaintiff's Negligent Infliction of Emotional Distress Claim and Punitive Damages Request [ECF No. 10].

/s/Scott R. Torpey
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone:  (248) 351-3000
E-mail:  storpey@jaffelaw.com
Bar No:  (P36179)

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing upon all ECF Participants.

/s/Katherine M. Abrignani
Katherine M. Abrignani